# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RANDY SEBALD and HEATHER SEBALD,

    Plaintiffs,

CASE NO. 08-CV-14352

-vs-

UNITED STATES OF AMERICA,
DEPARTMENT OF VETERAN'S
ADMINISTRATION, and
DR. GEORGE C. ARNAS

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

    Defendants.
_____/

## ORDER FINDING ORDER TO SHOW CAUSE SATISFIED

On October 28, 2008, the Court issued an Order to Show Cause to Plaintiffs to determine whether this Court enjoyed proper subject matter jurisdiction over Plaintiffs' Complaint. Plaintiffs have filed a timely response to the Order to Show Cause asserting that this Court has proper subject matter jurisdiction over this matter pursuant to the Federal Tort Claims Act. 28 U.S.C. § 1346; 28 U.S.C. § 2675.

Therefore, in reading Plaintiffs' Complaint in conjunction with their response to the Order to Show Cause, the Court finds that it enjoys proper subject matter jurisdiction over Plaintiffs' Complaint.

    **SO ORDERED.**

                                        s/Paul D. Borman
                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: November 17, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 17, 2008.

                                                    s/Denise Goodine  
                                                    Case Manager